v.

**Honorable Richard F. PROVAZNIK, Division 16, St. Louis County Circuit Court, Respondent.**

No. 63656.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 19, 1993.

**Richard D. GRAY, Movant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

No. 63393.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 19, 1993.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-